WALTER B. MILKMAN, as Trustee, etc., of JOSE CASESA, Bankrupt, Respondent, v. JOSE CASESA and ROSE ANTONIETTA CASESA, Appellants. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to the respondent to renew said motion on additional affidavits setting forth facts and circumstances sufficient to indicate that the plaintiff has a good cause of action on the merits. (See *Heischober* v. *Polishook*, 152 App. Div. 193; *Rothschild* v. *Haviland*, 172 id. 562.) Carr, Stapleton, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON BLUM, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed. No opinion. Carr, Stapleton, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARX HARTMAN, Appellant. (Action No. 3.) — Judgment of conviction by the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL LEVY, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed. No opinion. Carr, Stapleton, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McGRATH, Appellant.— Judgment of conviction by the Court of Special Sessions reversed and new trial ordered for errors in the rulings of the court at folios 128, 129, 130 and 131. Jenks, P. J., Thomas, Carr and Putnam, JJ., concurred; Rich, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM POWERS, Appellant.— Judgment of conviction by the Court of Special Sessions reversed and new trial ordered for errors in the rulings of the court at folios 128, 129, 130 and 131. Jenks, P. J., Thomas, Carr and Putnam, JJ., concurred; Rich, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH G. SELLINGER, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

BERTHA REMBAUGH, as Trustee, etc., Respondent, v. SALIM GHIZ and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.